```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09537
    MARY M BUTLER ROACH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-1155


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/25/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

     The case was dismissed after confirmation 01/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AARON'S                    SECURED NOT I          .00            .00            .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC     5000.00            .00         238.42
CREDIT ACCEPTANCE CORP     UNSECURED         3262.59            .00            .00
ILLINOIS TITLE LOANS       SECURED VEHIC     1000.00            .00          40.88
ILLINOIS TITLE LOAN INC    UNSECURED          870.34            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          1368.75            .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00            .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED           .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          420.00            .00            .00
CHICAGO TRIBUNE            UNSECURED        NOT FILED           .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED        NOT FILED           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
COMCAST CABLE              UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00            .00
FEDCHEX RECOVERY           UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        14356.00            .00            .00
HSBC AUTO FINANCE          NOTICE ONLY     NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY     NOT FILED           .00            .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED           .00            .00
NATIONAL AUTO CREDIT       UNSECURED        NOT FILED           .00            .00
NEXTEL COMMUNICATIONS      UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
SPRINT-NEXTEL CORP         UNSECURED         1616.49            .00            .00
T MOBILE                   UNSECURED        NOT FILED           .00            .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00            .00
VILLAGE OF EAST HAZEL CR   UNSECURED        NOT FILED           .00            .00
VILLAGE OF FLOSSMOOR       UNSECURED        NOT FILED           .00            .00
WAL MART STORES INC        UNSECURED        NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED           .00            .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED           .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09537 MARY M BUTLER ROACH
```

```
WELLGROUP HEATLTHPARTNER  UNSECURED       NOT FILED             .00              .00
WILL COUNTY STATES ATTOR  SPECIAL CLASS NOT FILED                .00              .00
ASSET ACCEPTANCE LLC      UNSECURED          941.81              .00              .00
CITY OF CHICAGO PARKING   UNSECURED          200.00              .00              .00
FELD & KORRUB LLC         DEBTOR ATTY      3,304.00                               .00
TOM VAUGHN                TRUSTEE                                               20.70
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
        ----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
        ----------------------------------------------------------------------
TRUSTEE                    300.00

PRIORITY                                             .00
SECURED                                           279.30
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               20.70
DEBTOR REFUND                                        .00
                         ---------------       ---------------
TOTALS                     300.00                 300.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE